UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-10085

CIV-MOORE

MAGISTRATE JUDGE
GARBER

MICHAEL GRAZIUSO,

    Plaintiff,

vs.

OCEAN REEF CLUB, INC., and
ADD FIRE, INC.,

    Defendants.
_____/



FILED by ___ D.C.
INTAKE
AUG 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

## COMPLAINT

Plaintiff, MICHAEL GRAZIUSO, sues Defendants, OCEAN REEF CLUB, INC. and ADD FIRE, INC., and alleges:

### GENERAL ALLEGATIONS

1. This is an action based upon this Court's diversity jurisdiction under Title 28 U.S.C. § 1332 in that this civil suit involves a matter in controversy which exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

2. At all times material hereto, Plaintiff, MICHAEL GRAZIUSO (hereinafter "GRAZIUSO"), was and is a citizen and resident of the State of New York.

3. At all times material hereto, Defendant, OCEAN REEF CLUB, INC., (hereinafter "OCEAN REEF"), was and is a Florida corporation that maintains its principal place of business in Key Largo, Monroe County, Florida.

4. At all times material hereto, Defendant, ADD FIRE, INC., (hereinafter "FIRE"),

was and is a Florida corporation that maintains its principal place of business in Miami-Dade County, Florida.

5. At all times material hereto, Plaintiff, GRAZIUSO, was and is the owner of a 61', 2001 Viking Sport Fisherman named *Relentless*, bearing U. S. Coast Guard Official No. 1126159.

6. At all times material hereto, Defendant, OCEAN REEF, was and is the owner, operator and/or manager of the property and marina doing business as the "Ocean Reef Club," which is located at the street address of 35 Ocean Reef Drive, Key Largo, FL 33037.

7. At all times material hereto, Plaintiff's *Relentless* was an invitee and legally docked at the Ocean Reef Club marina.

8. At all times material hereto, Defendant, FIRE, was and is engaged in the business of conducting fireworks displays.

9. Defendant, OCEAN REEF, hired Defendant, FIRE, to perform a fireworks display at the Ocean Reef Club on or about January 12, 2005.

10. At all times material hereto, Defendant, OCEAN REEF, is vicariously liable for the acts or omissions of Defendant, FIRE, relating to the conduct of the fireworks display on or about January 12, 2005 because fireworks displays are legally considered to be either "abnormally dangerous" or "inherently dangerous" activities.

11. Plaintiff, GRAZIUSO, is suing the Defendants, OCEAN REEF and FIRE, to recover money for damages sustained by the *Relentless* during a fireworks display that took place at the Ocean Reef Club on or about January 12, 2005.

12. More particularly, on or about January 12, 2005, Defendant, OCEAN REEF, hosted a fireworks display on or near its premises that was performed by Defendant, FIRE.

During the course of the fireworks display, burning debris was blown by the wind over the Ocean Reef Club marina and on to various vessels docked there including the *Relentless*.

13. The burning debris from the subject fireworks display landed on the *Relentless* and caused numerous scorch marks on the Vessel's tuna tower, bow rail, outriggers, plastic wind screens, canvas and gel coat. The subject scorch marks cannot be buffed out or washed away from the Vessel's tuna tower, bow rail, outriggers, plastic wind screen or canvas. Rather, the *Relentless'* tuna tower, bow rail, plastic wind screens and canvas must be replaced with new in order to return the Vessel to its pre-casualty appearance. In addition, the gel coat must be sanded and repainted in order to repair the burned areas so the Vessel can be returned to its pre-casualty condition.

14. The reasonable cost of replacing the Vessel's tuna tower is $94,645.00. See the estimate from Palm Beach Towers, which is attached hereto and made a part hereof as Exhibit "A." (Note: The aforementioned estimate does not include the cost of removing and reinstalling the electronic equipment, antennas, radar, etc., that is on the tuna tower and these costs will need to be added as part of Plaintiff's recoverable damages.)

15. The reasonable cost of replacing the Vessel's bow rail is $3,895.71. See the estimate from Viking Yachting Center, Inc., which is attached hereto and made a part hereof as Exhibit "B."

16. The reasonable cost of replacing the canvas on the Vessel is $1,263.13. See the estimate from Blue Water Canvas & Marine Interiors, Inc., which is attached hereto and made a part hereof as Exhibit "C."

17. The reasonable cost of repairing the burns in the Vessel's gel coat is $5,179.00. See the estimate from Staten Island Boat Sales, Inc., which is attached hereto and made a part

hereof as Exhibit "D."

18. Plaintiff, GRAZIUSO, did not attend the subject fireworks display and therefore he did not assume any risk associated with attending a fireworks display.

19. Service of process upon and personal jurisdiction over Defendants, OCEAN REEF and FIRE, is authorized by Florida Statute § 48.193.

20. Venue is proper in the United States District Court for the Southern District of Florida because the subject incident occurred in Monroe County, Florida; OCEAN REEF maintains its principal place of business in Monroe County; and Defendant, FIRE, maintains its principal place of business in Miami-Dade County, Florida.

21. Defendants, OCEAN REEF and FIRE, are jointly and severally liable for the damages caused by the fireworks display conducted at the Ocean Reef Club on or about January 12, 2005.

22. Plaintiff, GRAZIUSO, has fulfilled any and all conditions precedent for filing this suit.

## COUNT I
## GRAZIUSO'S STRICT LIABILITY CLAIM AGAINST OCEAN REEF AND FIRE

23. Plaintiff, GRAZIUSO, re-alleges the allegations contained in Paragraphs 1 through 22 of the Complaint as if fully set forth herein.

24. Defendants, OCEAN REEF and FIRE'S, fireworks display on or about January 12, 2005 presented a high degree of risk that some harm would be sustained by the person, land or chattels of others.

25. Defendants, OCEAN REEF and FIRE'S, fireworks display on or about January 12, 2005 was likely to cause great harm to the person, land or chattels of others because the

display was conducted in close proximity to the Ocean Reef Club marina and the prevailing winds were blowing from the display area toward the marina.

26. Defendants, OCEAN REEF and FIRE, could not eliminate the risk presented by the subject fireworks display by the exercise of reasonable care because setting off powerful fireworks near large crowds and large numbers of vessels remains a highly risky activity even if safety precautions are followed.

27. Fireworks displays are not a matter of common usage by the public.

28. Defendants, OCEAN REEF and FIRE'S, fireworks display on or about January 12, 2005 was an inappropriate activity for the place where it was carried on because fireworks displays create burning debris that shower down to the earth and such debris will burn various parts of vessels that are docked at the Ocean Reef Club marina.

29. Defendants, OCEAN REEF and FIRE'S, fireworks display on or about January 12, 2005 did not provide much, if any, value to the community because it was not being conducted on Independence Day (i.e. July 4th) or New Year's Day (i.e. January 1st).

30. The dangers posed to the person, land or chattels of others by Defendant, OCEAN REEF and FIRE'S, fireworks display on or about January 12, 2005 greatly outweighed its negligible value to the community.

31. Defendants, OCEAN REEF and FIRE'S, fireworks display on or about January 12, 2005 was an abnormally dangerous activity.

32. Defendants, OCEAN REEF and FIRE, are strictly liable for the damages caused by their fireworks display on or about January 12, 2005.

33. Defendant, OCEAN REEF'S, fireworks display on or about January 12, 2005 proximately caused damages to Plaintiff's Vessel's tuna tower, bow rail, outriggers, plastic wind

screen, canvas and gel coat.

34. Defendant, OCEAN REEF, is strictly liable to Plaintiff, GRAZIUSO, for the damages sustained by Plaintiff's Vessel.

WHEREFORE, Plaintiff, MICHAEL GRAZIUSO, demands this Honorable Court enter a judgment in his favor against Defendants, OCEAN REEF CLUB, INC. and ADD FIRE, INC., jointly and severally, and award him compensatory damages, pre-judgment interest, costs and such further relief the Court deems proper.

## COUNT II
## GRAZIUSO'S NEGLIGENCE CLAIM AGAINST OCEAN REEF AND FIRE

35. Plaintiff, GRAZIUSO, re-alleges the allegations contained in Paragraphs 1 through 22 of the Complaint as if fully set forth herein.

36. Defendants, OCEAN REEF and FIRE, owed a reasonable duty of care to protect Plaintiff, GRAZIUSO, and his vessel, the *Relentless,* from unreasonable risks while they were invitees of the Ocean Reef Club.

37. Defendants, OCEAN REEF and FIRE, breached their respective duties of care to protect, Plaintiff, GRAZIUSO, and his vessel, *Relentless*, from unreasonable risks through one of more of the following acts or omissions:

    a. Conducting a fireworks display from a position that was upwind of, and in close proximity to, vessels docked at the Ocean marina;

    b. Failing to warn vessels owners, including GRAZIUSO, about the dangers posed by the subject fireworks display with sufficient time to allow the vessel owners, including

    GRAZIUSO, to move their vessels prior to the subject fireworks display; and/or,

  c. Failing to move the vessels docked at the Ocean Reef Club's marina out of harm's way before the fireworks display was performed.

38. As a direct and proximate result of the aforementioned fault or negligence of Defendants, OCEAN REEF and FIRE, Plaintiff, GRAZIUSO, sustained damages to his vessel, *Relentless* as more fully describe in Paragraphs 13 and 14 above.

WHEREFORE, Plaintiff, MICHAEL GRAZIUSO, demands this Honorable Court enter a judgment in his favor against Defendants, OCEAN REEF CLUB, INC. and ADD FIRE, INC., jointly and severally, and award him compensatory damages, pre-judgment interest, costs and such further relief the Court deems proper.

### DEMAND FOR JURY TRIAL

Plaintiff, MICHAEL GRAZIUSO, demands a trial by jury on all issues so triable.

Dated this 2nd day of August, 2006.

          Respectfully submitted,

          STROUP & MARTIN, P.A.
          Attorneys for Plaintiff
          119 Southeast 12th Street
          Ft. Lauderdale, Florida 33316
          (954) 462-8808; Fax (954) 462-0278
          Email: fmartin@strouplaw.com

          By: _____
            Farris J. Martin, III
            Fla. Bar No. 0879916



# PALM BEACH TOWERS
*Custom Metal & Fiberglass Fabrication*

| CUSTOMER: | Mike Grayuiso | HULL#: | 61°C |
|---|---|---|---|
| DEALER: | | BOAT NAME: | Relentless |
| CONTACT: | | DATE: | 5/11/2005 |
| ADDRESS: | | DATE IN: | |
| CITY, ST, ZIP: | | QUOTE: | |
| PHONE: | | JOB SITE: | VSF-RIVIERA BEACH |

| QTY | DESCRIPTION | EACH | TOTAL |
|---|---|---|---|
| 1 | Tuna Tower w/Molded Top 61' Convertible 9' Gap, Brushed Pipe (2) Antenna, Stands-offs, (2) Halyards, 3 Sided Track on bimini rail, Recessed Lights (4) White, (2) Red | $ 38,900.00 | $ 38,900.00 |
| 1 | Radar Pod Large Oval Style #180, Sliding Door, Bracket & Runs for Teaser Reels | $ 4,100.00 | $ 4,100.00 |
| 1 | Molded Standing Platform w/ Coupler Box On Platform | $ 7,500.00 | $ 7,500.00 |
| 1 | Molded 2 In 1 110V Quartz Light Pod w S/S Bezel (Not Hooked Up) | $ 350.00 | $ 700.00 |
| 1 | Control Box 50" w/Flush Mounted compass | $ 2,700.00 | $ 2,700.00 |
| 1 | Tower Sunshade Molded w/Painted Oval Center Tube, 4 Welded Antenna Mounts | $ 4,150.00 | $ 4,150.00 |
| 1 | Quartz Light 110V Molded Fwd Platform S/S Bezel | $ 350.00 | $ 350.00 |
| 1 | Bridge Rail 3 sided Double Aft, Leg to Leg, (2) Stanchions to Outside Leg | $ 2,500.00 | $ 2,500.00 |
| 6 | Rod Holder Polished Weld to Rail, Fin Style Flange | $ 145.00 | $ 870.00 |
| 4 | Rod Holder Polished Aft Legs 2-P-2-S Fin Style Flange | $ 145.00 | $ 580.00 |
| 1 | Controls & Steering Electronic, MDEC (No LCD on Readout) | $ 3,500.00 | $ 3,500.00 |
| 1 | 43' Outrigger Rupp, 43' – 3 Spreader Bridge Release, "Big Riggs" Solid Aft Bar Installed | $ 9,555.00 | $ 9,555.00 |
| 1 | Rigger Locks | $ 950.00 | $ 950.00 |
| 1 | Center Rigger Rupp | $ 730.00 | $ 730.00 |
| 1 | Antenna Bracket Sat TV Dome | $ 450.00 | $ 450.00 |
| 1 | Enclosure 3 Sided Aft Edge Helm, Track to Track Strataglass | $ 5,450.00 | $ 5,450.00 |
| 3 | Air Vent Fwd Top Panel | $ 200.00 | $ 600.00 |
| 1 | U Zip Fwd | $ 225.00 | $ 225.00 |
| 1 | Bench Seat w/Backrest | $ 2,000.00 | $ 2,000.00 |
| 1 | Nav. Lights Port & Stbd Molded (Wired & Hooked Up) | $ 1,540.00 | $ 1,540.00 |
| 1 | Stern Light Molded (Wired & Hooked up) | $ 820.00 | $ 820.00 |
| 1 | Instrument Box Electric Fold Down | $ 3,800.00 | $ 3,800.00 |
| 1 | Flag Staff Aft | $ 175.00 | $ 175.00 |
| 1 | Remove Old Tower & Hardtop from Boat | $ 2,500.00 | $ 2,500.00 |
| NOTE: | Quote does not include removing or installing any electrical, wiring, electronics antennas. Electronics company to provide separate quote | TOTAL | $ 94,645.00 |
| NOTE: | Quote does not include any fiberglass repairs from removing old tower. Quote provided after old tower is removed. | | |

Accepted by Owner/Owner's Agent

Signature_____
Date_____

Prices are subject to change. A 50% deposit with signed contract must be received prior to scheduling work. Quote does not include sales tax (if applicable).



EXHIBIT "A"

1550 AVENUE C, RIVIERA BEACH, FLORIDA 33404
PHONE: (561)-493-2800  FAX: (561) 493-2801

**No. 014705**

**VIKING YACHTING CENTER, INC.**
P.O. Box 376
NEW GRETNA, NJ 08224
609-296-2388

PRODUCT MAKE/MODEL: Viking 61
STATE REGISTRATION NO.: 6151610I
DATE RECEIVED: 12/15/05

OWNER: Mike Granuso
ADDRESS: 72 Rutherford Pl.
CITY, STATE, ZIP: Brooklyn, NY 11214
HOME PHONE: 718-256-8775
BUSINESS PHONE: 718-236-4168

Proposal for new
BowRail Job with
be done on item

New BowRail for 61 Viking
Install new BowRail

| | | |
|---|---|---|
| | 2625 | 20 |
| | 1050 | — |
| 14 hr | | |

TOTAL LABOR: 3675 20
TOTAL PARTS: 220 51
SUB-TOTAL:
TAX:
GAS:

Service Use Only

EXHIBIT B



# Staten Island Boat Sales, Inc.

222 Mansion Ave., Staten Island, NY 10308   Tel. 718-984-7676   Fax 718-317-8338
1 Woodcleft Ave., Freeport, NY 11520   Tel. 516-623-6060   Fax 516-623-6076

June 22, 2004

Michael Graziuso
72 Rutherford Place
Brooklyn, NY 11214

**Estimate 2001 61 Viking**

Various gel burns - 45 hours labor @ $105.00 per hour + material = $5,179.00

Total Estimate = $ 5,179.00



EXHIBIT "C"

04/29/2005   14:30    305-367-8...



# BLUE WATER CANVAS
## & MARINE INTERIORS, INC.
Ocean Reef Club
4 Fishing Village Drive
Key Largo, FL 33037
(305) 367-2277 • Fax (305) 367-8819

Nº 313228

APPROVED:

| | |
|---|---|
| SOLD TO: MIKE GRAZIUSO | DATE OF ORDER: 4-29-05 |
| BILLING ADDRESS: | CUSTOMER'S P.O. NO. |
| | TYPE OF BOAT: VIKING |
| O/R 367- ___ NORTH 917 440 2055 | BOAT NAME: RELENTLESS |
| BUS. ___ FAX 718 236 4168 | APPROX. DEL. DATE |
| REPRESENTATIVE: BOB | TERMS: 50% deposit on orders over $1,000. Balance due upon completion. |
| MATERIAL: STAMOID | FRAME: ALUMINUM ___ STAINLESS ___ |
| COLOR: SNO WHITE | FASTENERS: |
| THREAD: GORETEX ✓ REGULAR ___ | FOAM: DRY FAST ___ REGULAR ___ |
| GLASS: 30C ___ 40C ___ 30R ___ 30S ___ 40S ___ | PLASTIC BOARD ___ WOOD ___ |

ESTIMATE

COCKPIT FLY

| | |
|---|---|
| MATERIAL | 425.00 |
| LABOR | 750.00 |

| | |
|---|---|
| SUB TOTAL | 1175.00 |
| SALES TAX | 88.13 |
| TOTAL | 1263.13 |
| DEPOSIT | |
| COD BALANCE | |

AUTHORIZED BY ___

EXHIBIT "D"
Blumberg No. 5208

**JS 44** (Rev. 11/05)

# CIVIL COVER SHEET

**06-10085**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
MICHAEL GRAZIUSO

**DEFENDANTS**
OCEAN REEF CLUB, INC. and ADD FIRE, INC.

**CIV-MOORE**
**MAGISTRATE JUDGE**
**GARBER**

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stroup & Martin, P.A.
119 SE 12th Street, Fort Lauderdale, FL 33316
(954) 462-8808

Attorneys (If Known)

4:06CV10085 KMM/BG

(d) Check County Where Action Arose: ☐ MIAMI-DADE ☑ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☑ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

FILED by _____ D.C.
AUG - 3 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. - FT. LAUD.

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
|  | **PERSONAL INJURY** |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 362 Personal Injury - Med. Malpractice |  | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 365 Personal Injury - Product Liability | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | **PERSONAL PROPERTY** | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 370 Other Fraud |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 371 Truth in Lending |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☒ 380 Other Personal Property Damage |  |  |  |
| **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability |  |  |  |
| ☐ 441 Voting | **PRISONER PETITIONS** |  |  |  |
| ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence |  |  |  |
| ☐ 443 Housing/ Accommodations | **Habeas Corpus:** |  |  |  |
| ☐ 444 Welfare | ☐ 530 General |  |  |  |
| ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty |  |  |  |
| ☐ 446 Amer. w/Disabilities - Other | ☐ 540 Mandamus & Other |  |  |  |
| ☐ 440 Other Civil Rights | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO      b) Related Cases ☐ YES ☐ NO
JUDGE _____      DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Title 28 U.S.C. Section 1332

LENGTH OF TRIAL via 2 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 104,982.84
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD
Farris J. Martin III

DATE
August 2, 2006

**FOR OFFICE USE ONLY**
AMOUNT 350.00   RECEIPT # 537832
537831